**DISMISS; and Opinion Filed July 9, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00016-CV**

**CHRISTOPHER A. JACKSON, Appellant**
**V.**
**ERICA SHARNELL DALLAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV-1800750-V**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Reichek

Appellant's brief in this case is overdue. By postcard dated May 28, 2019, we notified appellant the time for filing his brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed his brief nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

190016F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
# JUDGMENT

CHRISTOPHER A. JACKSON, Appellant

No. 05-19-00016-CV      V.

ERICA SHARNELL DALLAS, Appellee

On Appeal from the 292nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. CV-1800750-V.
Opinion delivered by Justice Reichek.
Justices Schenck and Osborne participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

Judgment entered this 9th day of July, 2019.